U.S. District Court,
District of Columbia

Charmane Smith,
Plaintiff,

v.

Amazon,
Defendant,

United States of America,
John C. Coughenour, U.S. District Judge,
Mary Alice Theiler, U.S. Magistrate Judge,
Defendants.

Case No.:

Case: 1:19-cv-00808   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 03/19/2019
Description: Pro Se Gen. Civ.  (F-DECK)

Jury Trial Demanded

RECEIVED
Mail Room
MAR 19 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Civil Complaint

### Parties

1. Charmane Smith is the Pro Se Plaintiff and is a Citizen of Tennessee.

2. Amazon is a Defendant and is Incorporated in Delaware State.

3. Defendants Coughenour and Theiler are Federal Judges at the U.S. District Court of Seattle Washington.

Civil Case # 2:18-cv-01607-JCC
Civil Case # 2:18-cv-01780-JCC

## Jurisdiction

1. Federal Question

2. Diversity
   - Amount in Controversy: $30,000,000.00

## Statement of Facts

The Defendants are alleged to have committed Fraud on Court and Conspiracy to Obstruct Pending Federal Court Proceedings and Violations of any Civil and Constitutional Rights, in furtherance of Obstruction of Justice.

Defendant Amazon is alleged to have Conspired to Unlawfully/Illegally Evade Civil Process Service and Liability by relying upon Abuse of Judicial Discretion, Judicial Chicanery, and Court Corruption to Aid and Abet its intent to avoid Civil Summons/Service and the Requirement to Answer/Respond to the lawsuit filed against it, Civil Case #2:18-cv-01780-JCC.

Defendants Coughenour and Theiler are Federal Judges who are alleged to have Abused Judicial Discretion and committed Judicial Chicanery and Conspiracy to Obstruct Justice - through Nonfeasant, Malfeasant, and/or Misfeasant Misuse of Title 28 U.S.C. § 1915, to intentionally, unlawfully, and/or illegally delay and/or stop service of the Civil Complaint as a specious

excuse to allow the Defendants to Unlawfully/ Illegally, Ignore, Disregard, Evade, and/or Fail to Respond, Answer, or Defend by Prejudicially Failing to Order Service of the Complaint by the U.S. Marshal Service.

Defendants Coughenour and Theiler are alleged to have Abused Judicial Discretion by Nonfeasant, Malfeasant, and/or Misfeasant Misuse of Title 28 U.S.C. § 1915 to fabricate specious excuses to Unlawfully Delay and/or Deny Service and to Deny me the Right to the Jury Trial Demanded.

### Claims

1. Violation of the 7th Amendment of the U.S. Constitution

2. Violations of Title 42 U.S.C. §§ 1983, 1985, and 1986

3. Violations of Title 18 U.S.C. §§ 1505, 1509, and 1512 (b)(1)(2), c(1)(2), and (d)(1)

4. Violations of Judicial Codes of Conduct and Ethics

5. Conspiracy to Obstruct Pending Federal Court Proceedings, to Obstruct Justice, and Fraud on Court

Request for Relief

Plaintiff, Charmane Smith requests a Monetary Award of $30,000,000.00 and all Court, Attorney, Lawsuit Advance/Settlement Funding, and Collection Costs, Fees, Expenses, and Interest.

Dated:                              Respectfully,

March 15, 2019        Charmane Smith, Plaintiff
                      4952 Willow Road
                      Memphis, TN 38117
                      (901) 761-1678

# Certificate of Service

I Certify that the foregoing documents have been mailed first class with sufficient postage to:

1. Amazon
1200 12th Avenue South, Suite 1200
Seattle, WA 98144

2. John C. Coughenour, U.S. District Judge
Mary Alice Theiler, U.S. Magistrate Judge
c/o Clerk Office
U.S. District Court - Seattle
700 Stewart Street, Suite 2310
Seattle, WA 98101

3. Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Documents Enclosed:

1. Civil Complaint
2. Motion for Summary Judgment

Dated:                    Signed by,

March 15, 2019            Charmane Smith, Plaintiff
                          4952 Willow Road
                          Memphis, TN 38117